| Date | Pleading Number | |
|---|---|---|
| 8/20/76 | 1. | MOTION W/SUPPORTING BRIEF -- Plaintiff Robert Ries -- with Exhibits A through E and Affidavit of service on counsel and clerks. REQUESTED TRANSFEREE FORUM: Eastern District of Pennsylvania REQUESTED TRANSFEREE JUDGE: Hon. Walter K. Stapleton |
| 8/31/76 | | APPEARANCES -- Robert Ries by Leonard Barrack Paul T. Buttery by Bruce K. Cohen Ruth Greenwald, etc. by Frank E. Merideth, Jr. TI Corp. of California Ernest J. Loebbecke, Rocco C. Siciliano, Richard H. Howeltt, John E. Flood, Jr. by Lee G. Paul & Douglas C. Conroy |
| 9/1/76 | | HEARING ORDER -- Setting A-1 through A-3 for hearing Oct. 1., 1976 San Francisco, Calif. |
| 9/2/76 | | APPEARANCE -- Jesse R. O'Malley, Esquire for DOUGLAS F. JOHNSTON |
| 9/7/76 | 2 | RESPONSE -- RUTH GREENWALD AND ELIZABETH PASCHAL w/cert. of service |
| 9/7/76 | 3 | MOTION, BRIEF -- ERNEST J. LOEBECKE, ROCCO C. SICILLIANO, RICHARD H. HOWLETT, JOHN N. PHILLIPS, JOHN E. FLOOD, Jr. -- MOTION TO STAY 28 U.S.C. §1407 Proceedings |
| 9/7/76 | 4 | RESPONSE -- DOUGLAS F. JOHNSTON w/cert. of service and Brief and Affidavit |
| 9/7/76 | 5 | MOTION, BRIEF, EXHIBITS, TI. CORP., ERNEST LOEBBECKE AND ROCCO SICILIANO -- MOTION TO STAY §1407 Proceedings w/cert. of service |
| 10/1/76 | | LETTER -- WITH ORDER FROM E.D. PENNA., TRANSFERRING A-1 and A-2 to the C.D. CALIFORNIA UNDER 28 U.S.C. §1404 |
| 10/1/76 | | ORDER -- DENYING MOTION AS MOOT and VACATING HEARING SET FOR OCT. 1, in litigation. |

DOCKET NO. 270 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE TI CORPORATION SECURITIES LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) _____

Consolidation Ordered _____  Name of Transferee Judge _____

Consolidation Denied _____  Transferee District _____

*[handwritten] Neither must 10/1/76*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert Ries, etc. v. TI Corporation, et al. | E.D.Pa. Stapleton | 76-1160 | | | | |
| A-2 | Paul T. Buttery, etc. v. TI Corporation, et al. | E.D.Pa. Stapleton | 76-1085 | | | | |
| A-3 | Ruth Greenwald, etc. v. TI Corporation, et al. | C.D.Cal. Ferguson | 76-850-F | | | | |

*[handwritten signature: J. Stapleton]*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 270 -- IN RE TI CORPORATION SECURITIES LITIGATION

| | |
|---|---|
| ROBERT RIES, ETC. (A-1)<br>Leonard Barrack, Esquire<br>1622 Locust Street<br>Philadelphia, PA   19103<br><br>PAUL T. BUTTERY, (A-2)<br>Bruce K. Cohen, Esquire<br>Meredith & Cohen<br>1405 Locust St., Suite 1815<br>Philadelphia, PA   19102<br><br>RUTH GREENWALD, ETC. (A-3)<br>Frank E. Merideth, Jr., Esquire<br>Loo, Merideth & McMillan<br>1800 Century Park East, Suite 200<br>Los Angeles, CAL   90067 | TI CORPORATION OF CALIFORNIA<br>ERNEST J. LOEBBECKE<br>ROCCO C. SICILIANO<br>RICHARD H. HOWLETT<br>JOHN E. FLOOD, JR.     *John N. Phillips*<br>Lee G. Paul, Esquire<br>Douglas C. Conroy, Esquire<br>Paul, Hastings & Janofsky<br>555 South Flower Street,<br>   22nd Floor<br>Los Angeles, California   90071<br><br>MR. ~~JOHN N. PHILLIPS~~<br>~~433 South Spring Street~~<br>~~Los Angeles, CAL~~<br><br>DOUGLAS F. JOHNSTON<br>Jesse R. O'Malley, Esquire<br>Musick, Peeler & Garrett<br>Suite 2000, One Wilshire Boulevard<br>Los Angeles, Calif. |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 270 -- IN RE TI CORPORATION SECURITIES LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| TI Corporation | A-1  A-2  A-3 |
| Ernest J. Loebbecke | A-1  A-2  A-3 |
| Rocco S. Siciliano | A-1  A-2  A-3 |
| Price & Waterhouse & Co. | [illegible handwriting] |
| Robert H. Howelett | A-3 |
| John N. Phillips | A-3 |
| John E. Floord, Jr. | A-3 |
| Douglas F. Johnston | A-3 |
|  |  |
|  |  |